# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-09515-JFW-RAOx                                    Date 11/27/24

Title: Aron Macal Montenegro v. Mike Hallinan, et al.

Present: The Honorable John F. Walter, U.S. District Judge

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                  Not Present

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other NOTICE of Voluntary Dismissal filed by Plaintiff [29] (Make JS-6)

☐ Entered _____.

Initials of Preparer    sr

CV-74 (10/08)                    CIVIL MINUTES -REOPENING/CLOSING